WALTER W. MILLER, Respondent, *v.* CHARLES E. CAMPBELL, Appellant.

Reported below, 137 App. Div. 920.
(Submitted May 15, 1911; decided May 19, 1911.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1910, affirming a judgment in favor of plaintiff entered upon an order of Special Term granting a motion for judgment on the pleadings.

The motion was made upon the ground that appellant desired to move at Special Term for leave to serve an amended and supplemental answer.

*Elon R. Brown* for motion.

*Moses L. Littleton* opposed.

Motion granted on payment of taxable costs to date and ten dollars costs of motion within twenty days from the entry of this order; on failure to make such payment within the time specified, the motion is denied, with ten dollars costs.